1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALEXANDER RODARTE,                          No.  2:24-cv-3192-TLN-CKD PS

12                Plaintiff,

13        v.                                      ORDER

14   MERCED COUNTY SHERIFF'S
15   DEPARTMENT,

16                Defendant.

17

18        Plaintiff has filed an action for violation of civil rights action pursuant to 42 U.S.C. §

19   1983.  In his amended complaint, plaintiff alleges violations of his civil rights took place in

20   Merced County.  Merced County is part of the Fresno Division of the United States District Court

21   for the Eastern District of California.  See Local Rule 120(d).

22        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.

25        Good cause appearing, IT IS HEREBY ORDERED that:

26        1.  This action is transferred to the United States District Court for the Eastern District of

27   California sitting in Fresno; and

28

1      2.  All future filings shall reference the new Fresno case number assigned and shall be

2  filed at:

3                    United States District Court
                  Eastern District of California

4                    2500 Tulare Street
                  Fresno, CA 93721

5

6  Dated:  April 28, 2025

7                                    CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE

8

9

10  roda3192.22

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28